**Electronically Filed
Supreme Court
SCPW-12-0000122
21-MAR-2012
08:27 AM**

NO. SCPW-12-0000122

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

LANDISH K. ARMITAGE and ROBIN R. ARMITAGE,
Petitioners,

vs.

THE HONORABLE BARBARA T. TAKASE, JUDGE OF THE DISTRICT
COURT OF THE THIRD CIRCUIT, STATE OF HAWAIʻI; and
WELLS FARGO BANK N.A., Respondents.

_____

ORIGINAL PROCEEDING
(CIVIL NO. 3RC-11-1-1142)

ORDER
(By: Nakayama, Acting C.J., Acoba, Duffy, and McKenna, JJ. and
Circuit Judge Ayabe, in place of Recktenwald, C.J., recused)

Upon consideration of the motion for reconsideration of the March 7, 2012 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, March 21, 2012.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Bert I. Ayabe

